# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY J. ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-06-1253-R |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court are the Findings and Recommendation of United States Magistrate Judge Shon Erwin entered December 17, 2007. Doc. No. 22.  No objection to the Findings and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Findings and Recommendation are ADOPTED, the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED to the Commissioner for further proceedings consistent with the Findings and Recommendation.

**It is so ordered this 9th day of January, 2008.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE