# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BILLY J. ROBERTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-06-1253-R** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

Before the Court are the Findings and Recommendation of United States Magistrate Judge Shon T. Erwin entered June 12, 2008. Doc. No. 31. No objection to the Findings and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Findings and Recommendation are ADOPTED in their entirety, Plaintiff's motion for attorney fees is GRANTED and Plaintiff is awarded attorney fees under the EAJA in the amount of $5,297.10.

It is so ordered this 24th day of June, 2008.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE